UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TESFALEM BERHANE                                                    PETITIONER

V.                                            CIVIL CASE NO. 5:26-cv-00366-DCB-BWR

RAFAEL VERGARA,                                                    RESPONDENT
Warden of Adams County correctional Center

## <u>ORDER</u>

This matter is before the Court *sua sponte*. Pro se Petitioner Tesfalem Berhane, a native and citizen of Eritrea, filed a 28 U.S.C. § 2241 Petition challenging his detention, which the Court received April 21, 2026. Respondent's Response, filed May 21, 2026, indicated that "On May 11, 2026, ICE sent a travel document request to the Consulate of Netherlands. On May 17, 2026, ICE received Petitioner's travel document from the Consulate of Netherlands. On May 19, 2026, Petitioner's case was sent to the travel department for scheduling a removal flight." ICE Decl. [6-2] at 2-3. According to the United States Immigration and Customs Enforcement's Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before June 24, 2026,** Respondent's counsel shall inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 17th day of June 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] locator.ice.gov (last visited June 17, 2026).