IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TESFALEM BERHANE                                        PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-366-DCB-BWR

RAFAEL VERGARA                                         RESPONDENT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 10], which recommends that Petitioner Tesfalem Berhane's 28 U.S.C. § 2241 Petition be dismissed without prejudice as moot. The basis for this recommendation is Petitioner has been removed from the United States on June 9, 2026. [ECF No. 9-1] at 1. The Report was entered on June 24, 2026, and objections were due by July 8, 2026. No party has objected to the Report.

As Judge Rath's Report indicates, the Petitioner sought release from ICE custody, and his petition is now moot because he has been released from custody.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 Petition and Judge Rath's Report, finds that the petition should be dismissed without prejudice as moot. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 16 day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE